371 A.2d 850
Commonwealth v. Albizu, Appellant.

Submitted December 11, 1975. Louis Silverman, for appellant; Hugh J. Colihan, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

371 A.2d 850
Commonwealth v. Aye, Appellant.

Submitted September 13, 1976. Leonard Sosnov, Assistant Defender, and Benjamin Lerner, Defender, for appellant; John M. DiDonato, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney for Commonwealth, appellee.

Judgment of sentence affirmed.